Opinion approved by the Court.

## WILLIAMS v. STATE.
### No. 25995.

Court of Criminal Appeals of Texas.
Nov. 5, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

Upon a plea of guilty before the court appellant was assessed a fine of $200 for selling whiskey in a dry area, from which judgment he appeals.

No statement of facts or bills of exception are·found in the record, and the proceedings are found to be regular. .

The judgment is affirmed.

Opinion approved by the Court.

## BOTT v. STATE.
### No. 25969.

Court of Criminal Appeals of Texas.
Oct. 29, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception.

All the proceedings appear regular; and nothing being presented for our review, the judgment is affirmed.